

Ben E. Dupré (SBN 231191)
Candee Lucas (SBN 139936)
Dupré Law Firm, P.C.
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050
Telephone Number: (408) 727-5377
Facsimile Number: (408) 727-5310

Attorney for Debtor
EVERARDO SUMANO

IT IS SO ORDERED.
Signed April 10, 2014

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re:

EVERARDO SUMANO

Debtor.

Case No. 10-58999 ASW

**ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN**

UPON consideration of the Debtor's Motion to Modify Chapter 13 Plan filed with the Court on **March 10, 2014**, the Declaration in Support of the Application to Modify Chapter 13 Plan, and the documents and records on file herein and good cause appearing, the Chapter 13 Plan is Modified to include the following language:

"The Property at 5737 Lalor Drive, San Jose, California (APN 687-17-011-99) whose legal description is:

'ALL OF LOT 8, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, "TRACT NO. 4243", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, ON FEBRUARY 14, 1967, N BOOK 219 OF MAPS, AT PAGE 6.

EXCEPTING THEREFROM THE UNDERGROUND WATER OR RIGHTS THERETO WITH NO RIGHTS OF SURFACE ENTRY, AS GRANTED IN THE DEED FROM W. C. GARCIA AND ASSOCIATES A PARTNERSHIP TO SAN JOSE WATER WORKS , A CALIFORNIA CORPORATION, DATED NOVEMBER 23, 1964 IN BOOK 6751 OF OFFICIAL RECORDS, PAGE 208.'

will be paid by surrender of the collateral and foreclosure of the security interests and Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. may have general unsecured non-priority claim herein."

The request that the Debtor may effectuate such transfer by Quit Claim deed to the Creditor is granted.

IT IS ORDERED that the Motion to Modify the Chapter 13 Plan filed on **March 10, 2014** is granted.

* * * **END OF ORDER** * * *

**COURT SERVICE LIST**